IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 JUN 30 PM 2: 42
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                    NO. 05-20177-Ma

TYREE TILLMAN,

    Defendant.

---

ORDER EXTENDING MOTIONS DEADLINE

---

Before the court is defendant Tyree Tillman's June 23, 2005, motion for additional time within which to file pretrial motions in this matter. For good cause shown, the motion is granted. The defendant shall have additional time to and including July 22, 2005, within which to file pretrial motions in this matter.

IT IS SO ORDERED this 30th day of June, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7/5/05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 98 in case 2:05-CR-20177 was distributed by fax, mail, or direct printing on July 5, 2005 to the parties listed.

---

Tony L. Axam
LAW OFFICE OF TONY L. AXAM
1280 W. Peachtree St.
Ste. 310
Atlanta, GA 30309

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Randall W. Pierce
WAMPLER & PIERCE
P.O. Box 3410
Memphis, TN 38173--041

Arthur C Walton
LAW OFFICE OF ARTHUR C WALTON
906 South Cooper St
Ste 102
Memphis, TN 38104

Honorable Samuel Mays
US DISTRICT COURT